UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JULIE A. SU,                                                            :
:
                Plaintiff,                                 :
:   24-CV-7170 (JMF)
    -v-                                                               :
:   ORDER
JACOB FRYDMAN et al.,                                                   :
:
                Defendants.                                :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Defendants were required to answer the Complaint by January 8, 2025, *see* ECF No. 13, but have not done so to date. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **January 21, 2025**. If Defendants fail to appear and answer the Complaint by that date, the Court will invite Plaintiffs to move for default judgment. In view of Defendants' failure to appear, the initial pretrial conference currently scheduled for January 23, 2025, *see* ECF No. 11, is ADJOURNED to **February 20, 2025, at 9:00 a.m.**

      Plaintiff is directed to serve a copy of this Order on Defendants, and to file proof of such service, by **January 15, 2025**.

      SO ORDERED.

Dated: January 13, 2025
       New York, New York
                                              JESSE M. FURMAN
                                        United States District Judge